# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELKIE GIZAW, | Case No. 2:16-cv-02442-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| 777 U.S., INC., | |
| Defendant(s). | |

Pending before the Court is an order to show cause why this case should not be dismissed for failure to prosecute. *See* Docket No. 9. Plaintiff filed a response, outlining reasons why the parties agreed to delay Defendant's filing of a response to the complaint. Docket No. 10. The Court appreciates that such circumstances would have sufficed to extend the deadline for Defendant to respond to the complaint, but the Court reminds counsel that such stipulations are not effective without Court approval. *See, e.g.*, Local Rule 7-1(a). The order to show cause is otherwise **DISCHARGED**.

The Court further **ORDERS** that, no later than July 28, 2017, either (1) Plaintiff shall file dismissal papers or (2) Defendant shall file a response to the complaint. Plaintiff's counsel is further **ORDERED** to serve this order on Defendant's counsel, and to file a proof of service by July 5, 2017.

IT IS SO ORDERED

Dated: June 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge