JOHN R. BAILEY
Nevada Bar No. 0137
KELLY B. STOUT
Nevada Bar No. 12105
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
KStout@BaileyKennedy.com

*Attorneys for Defendant*
777 Management LLC d/b/a Max Casino

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MELKIE GIZAW,<br><br>             Plaintiff,<br><br>    vs.<br><br>777 MANAGEMENT LLC, A Nevada limited liability company d/b/a MAX CASINO ("the Employer"); DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants. | Case No. 2:16-cv-02442-JCM-NJK |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendant hereby stipulate and agree that Plaintiff's claims against Defendant be dismissed, in their entirety, with prejudice.

///
///
///
///
///
///
///

1   The parties further stipulate and agree that each party is to bear its own costs and attorney's fees.

2   DATED this ___ day of January, 2018.

DATED this 19ᵗʰ day of January, 2018.

3   BAILEY❖KENNEDY

HOLMAN LAW OFFICE

4

5   By: /s/ _____

By: /s/ Kristina L. Holman

JOHN R. BAILEY

KRISTINA S. HOLMAN, ESQ.

6   Nevada Bar No. 0137

Nevada Bar No. 3742

KELLY B. STOUT

3470 East Russell Road, Suite 202

7   Nevada Bar No. 12105

Las Vegas, Nevada 89120

8984 Spanish Ridge Avenue

Telephone: 702.614.4777

8   Las Vegas, Nevada 89148-1302

Facsimile:  702.487.3128

Telephone: 702.562.8820

kholman@kristinaholman.com

9   Facsimile:  702.562.8821

JBailey@BaileyKennedy.com

*Attorneys for Plaintiff*

10   KStout@BaileyKennedy.com

MELKIE GIZAW

11   *Attorneys for Defendant*
777 Management LLC d/b/a Max Casino

12

13

14       **IT IS SO ORDERED.**

15

16                                          _____

UNITED STATES DISTRICT COURT JUDGE

17                                          DATED: _____

18

19   Respectfully submitted by:

20   BAILEY❖KENNEDY

21   By: _____

JOHN R. BAILEY

22   KELLY B. STOUT

23   *Attorneys for Defendant*
777 Management LLC d/b/a Max Casino

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

The parties further stipulate and agree that each party is to bear its own costs and attorney's fees.

DATED this 19th day of January, 2018.

DATED this ___ day of January, 2018.

BAILEY❖KENNEDY

HOLMAN LAW OFFICE

By: /s/ _John R. Bailey_

JOHN R. BAILEY
Nevada Bar No. 0137
KELLY B. STOUT
Nevada Bar No. 12105
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
KStout@BaileyKennedy.com

*Attorneys for Defendant*
777 Management LLC d/b/a Max Casino

By: /s/ _____

KRISTINA S. HOLMAN, ESQ.
Nevada Bar No. 3742
3470 East Russell Road, Suite 202
Las Vegas, Nevada 89120
Telephone: 702.614.4777
Facsimile: 702.487.3128
kholman@kristinaholman.com

*Attorneys for Plaintiff*
MELKIE GIZAW

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 22, 2018
_____

Respectfully submitted by:

BAILEY❖KENNEDY

By: _John R. Bailey_

JOHN R. BAILEY
KELLY B. STOUT

*Attorneys for Defendant*
777 Management LLC d/b/a Max Casino

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820